THE STATE OF OHIO, APPELLEE, *v.* DUNCAN, APPELLANT.

[Cite as *State v. Duncan* (2000), 90 Ohio St.3d 54.]

(Nos. 99–2012 and 99–2046—Submitted July 25,
2000—Decided September 20, 2000.)

*Dagger, Johnston, Miller, Ogilvie & Hampson* and *Scott P. Wood,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Moore* (2000), 90 Ohio St.3d 47, 734 N.E.2d 804, decided today.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., concurs in judgment.